IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FINAL REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID JAMES COOK, Defendant. | **COURT MINUTES - CRIMINAL** BEFORE: JOAN N. ERICKSEN U.S. District Judge |

| | |
|---|---|
| Case Nos: | 11-cr-229(1) (JNE) and 11-cr-232(1) (JNE/LIB) |
| Date: | November 7, 2024 |
| Court Reporter: | Maria Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time Commenced: | 1:07 p.m. |
| Time Concluded: | 1:49 p.m. |
| Time in Court: | 42 Minutes |

**APPEARANCES:**
  Plaintiff:   Rebecca Kline and Katharine T. Buzicky, Assistant U.S. Attorneys
  Defendant:   Steven J. Wright    ☐ FPD   √ CJA   ☐ Retained   ☐ To be appointed

**PROCEEDINGS:**
√ **Revocation of Supervised Release - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived    ☐ Detention Hearing    ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention   ☐ Granted    ☐ Denied.
√ Defendant admits certain allegations.  ☐ Defendant denies allegations.

**ORDERED:**
☐ COURT TO UNSEAL PETITION/REPORT (Filing No.   )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for [Det Hrg sched for].
√ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for [Violation of Sup Rel Hrg set for] before Judge [Before Judge].
☐ Defendant sentenced to pay fine of $[Fine of $] as to Count(s) [as to count(s)] and costs.
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of [Prob continued for term of].
☐ Supervised Release continued for a term of [Sup Rls contin for term of].
√ Defendant is sentenced to the custody of the BOP for time served followed by supervised release on same terms and conditions previously imposed until the expiration date of August 4, 2026.
√ Written order to be issued.

_s/ CBC_
Courtroom Deputy